AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Environmental Defense Fund, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Elaine L. Chao, et al. ) <br> *Defendant* ) | Case No. 1:19-cv-02907 |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Natural Resources Defense Council, Inc.

Date: 09/27/2019

/s/ Ian Fein
*Attorney's signature*

Ian Fein (D.D.C. Bar ID CA00014)
*Printed name and bar number*

Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
*Address*

ifein@nrdc.org
*E-mail address*

(415) 875-6100
*Telephone number*

(415) 795-4799
*FAX number*