AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Environmental Defense Fund, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-02907 |
| Elaine L. Chao, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sierra Club                              .

Date:  10/24/2019

/s/ Joanne Spalding
*Attorney's signature*

Joanne Spalding (D.D.C. Bar ID CA00047)
*Printed name and bar number*

Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
*Address*

joanne.spalding@sierraclub.org
*E-mail address*

(415) 977-5725
*Telephone number*

(510) 208-3140
*FAX number*