AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Environmental Defense Fund et al. )
*Plaintiff* )
v. ) Case No. 1:19-cv-02907
Chao et al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Center for Biological Diversity

Date: 10/24/2019

*Attorney's signature*

Maya Golden-Krasner  CA 217557
*Printed name and bar number*

Center for Biological Diversity
600 S. Figueroa St., #1000
Los Angeles, CA  90017
*Address*

mgoldenkrasner@biologicaldiversity.org
*E-mail address*

2132153729
*Telephone number*

5108447150
*FAX number*