# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ELAINE L. CHAO, et al.,<br><br>          Defendants,<br><br>     and<br><br>THE COALITION FOR SUSTAINABLE AUTOMOTIVE REGULATION and THE ASSOCIATION OF GLOBAL AUTOMAKERS, INC.,<br><br>          Movant-Intervenors. | No: 1:19-cv-2826-KBJ |
| ENVIRONMENTAL DEFENSE FUND, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ELAINE L. CHAO, et al.,<br><br>          Defendants,<br><br>     and<br><br>THE COALITION FOR SUSTAINABLE AUTOMOTIVE REGULATION and THE ASSOCIATION OF GLOBAL AUTOMAKERS, INC.,<br><br>          Movant-Intervenors. | No: 1:19-cv-2907-KBJ |

### [PROPOSED] ORDER GRANTING THE MOTION TO INTERVENE BY THE COALITION FOR SUSTAINABLE AUTOMOTIVE REGULATION AND THE ASSOCIATION OF GLOBAL AUTOMAKERS, INC.

Upon consideration of the Motion of Intervene and Statement of Points and Authorities in Support thereof filed by the Coalition for Sustainable Automotive Regulation (the "Coalition") and the Association of Global Automakers, Inc. ("Global Automakers"), it is hereby ORDERED that the Motion to Intervene is GRANTED, and that the Coalition and Global Automakers are added as Intervenors in the above-captioned proceedings.

It is FURTHER ORDERED that the Coalition and Global Automakers' Proposed Notice of Intent to Join in Defendants' Motion to Dismiss or Transfer (attached to their Motion to Intervene) be deemed filed as of the date of this Order; and that their Proposed Joinder in Defendants' Motion to Dismiss, served on the parties on October 31, 2019, be deemed served as of October 31, 2019.

Dated: _____

                                                                Judge Ketanji Brown Jackson
                                                                 UNITED STATES DISTRICT JUDGE