IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ELAINE L. CHAO, in her official capacity as Secretary of the United States Department of Transportation, *et al.*, <br><br> *Defendants*. | Case No. 1:19-cv-02907-KBJ |

**NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL**

To the Clerk of the Court and all parties of record:

Please enter the following change of address for David S. Baron, who is a co-counsel for Plaintiff Sierra Club in this matter. All future correspondence to Mr. Baron by mail or courier should be directed to the undersigned address. His email address and phone numbers are unchanged.

DATED:   March 4, 2020              Respectfully Submitted,

/s/ *David S. Baron*
David S. Baron (D.C. Bar No. 464222)
Earthjustice
1001 G Street, NW, Ste. 1000
Washington, DC 20001
dbaron@earthjustice.org
Tel: 202-667-4500
Fax: 202-667-2356

*Co-Counsel for Plaintiff Sierra Club*

1